UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID HERBERT,

                Plaintiff,                No. 07-CV-13284-DT

vs.                                    Hon. Gerald E. Rosen

UNITED STATES DEPARTMENT
OF EDUCATION, and SAINT MARY
OF THE PLAIN COLLEGE, et al.,

                Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S
MOTION FOR JUDGMENT AND FOR SETTLEMENT, WITHOUT PREJUDICE

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     November 6, 2007

PRESENT:   Honorable Gerald E. Rosen
               United States District Judge

This matter is presently before the Court on the October 4, 2007 Report and

Recommendation of United States Magistrate Judge Charles E. Binder recommending

that the Court find *pro se* Plaintiff David Herbert's Motion for Judgment and for

Settlement, premature, inasmuch as not all Defendants have yet been served with process,

and accordingly, deny Plaintiff's Motion, without prejudice; and no timely objections

having been filed; and the Court having reviewed Plaintiff's Motion, the Magistrate

Judge's R & R and the entire record of this matter, and being otherwise fully advised in

the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED that the Magistrate Judge's October 4, 2007 Report

and Recommendation be, and hereby is, ADOPTED by the Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Report and

Recommendation, Plaintiff's Motion for Judgment and for Settlement, is DENIED,

without prejudice.

s/Gerald E. Rosen
Gerald E. Rosen
United States District Judge

Dated: November 6, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record
on November 6, 2007, by electronic and/or ordinary mail.

s/LaShawn R. Saulsberry
Case Manager

IT IS HEREBY